UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG R. ARVESON,

                 Plaintiff,

      v.

AMERICAN UNIVERSITY OF ANTIGUA,
INC.,

                 Defendants.

**ORDER**

25 Civ. 9933 (ER)

RAMOS, D.J.:

      Craig R. Arveson, proceeding *pro se*, filed the instant suit in United States District Court for the District of Minnesota on November 4, 2025.  Doc. 1.  On November 4, 2025 and November 19, 2025, Arveson filed substantively identical motions for a temporary restraining order.  Doc. 4, Doc. 15.  There is no indication on the docket that the American University of Antigua, Inc. was served with either motion.  The action was transferred to this Court on November 29, 2025.

      Plaintiff's motions for a temporary restraining order are DENIED.  If Arveson wishes to pursue preliminary injunctive relief, he should make the appropriate application to this Court.

      The Court further directs the Clerk of Court to issue summons for American University of Antigua, Inc.  Arveson shall serve American University of Antigua Inc. the summons and amended complaint within 120 days of the issuance of the summons.

It is SO ORDERED.

Dated:    December 1, 2025
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.