UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG R. ARVESON,

                Plaintiff,

      -against-

AMERICAN UNIVERSITY OF ANTIGUA
INC.,

                Defendant.

**ORDER**

25-cv-09933 (ER)

Ramos, D.J.:

    On February 19, 2026, Craig R. Arveson filed a motion for alternative service.[1] Doc. 35; Doc. 36. Specifically, he requested an order authorizing service upon American University of Antigua, Inc. ("AUA") by delivering the complaint and summons via email to Sam A. Yospe, the vice president and general counsel of Manipal Education Americas, LLC, an agent for AUA. Doc. 35 at 1.

    On March 6, 2026, Yospe filed a letter in response to the motions, indicating that he had been authorized to accept service for AUA and consented to service through email. Doc. 38. Federal Rule of Civil Procedure Rule 5(b)(2)(E) permits serving an individual by electronic means that the individual consented to in writing. Fed. R. Civ. P. 5(b)(2)(E). Accordingly, Arveson has effectively served AUA. His motion for alternative service is therefore DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion. Docs. 35 and 36.

    SO ORDERED.

Dated:    March 9, 2026
        New York, New York

                        Edgardo Ramos, U.S.D.J.

---

[1] Arveson first filed the motion on February 12, 2026, but it was rejected by the Clerk's Office for technical issues. Doc. 35. He refiled the motion on February 19, 2026. Doc. 36.