**manipal education americas, LLC**

# MEMO ENDORSED

| Defendant's request for an extension of time until April 30, 2026 to respond to the complaint is granted. |
|---|

SO ORDERED.

_Edgardo Ramos, U.S.D.J._
Dated: March 17, 2026
New York, New York

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

March 16, 2026

Re.: *Craig Arveson v. American University of Antigua, Inc.*, No 25-CV-09933

Dear Judge Ramos:

Pursuant to Section (E) of Your Honor's Individual Practices ("Individual Practices"), I write to respectfully request an extension of time until **April 30, 2026** for Defendant American University of Antigua, Inc. to respond to the Complaint in this matter. The information required by the Individual Practices is as follows:

i. The Original Date: The deadline for Defendant to respond to the Complaint is March 30, 2026.

ii. The Number of Previous Requests: This is the first request for an extension of time to respond to the Complaint.

iii. Whether the Previous Requests were Granted or Denied: As this is the first request for an extension of time, this is not applicable.

iv. The Reason for the Instant Request: Defendant is represented by the undersigned, the general counsel at Manipal Education Americas, LLC, *agent for* American University of Antigua, Inc. ("MEA"). I am the sole attorney that works for MEA, and have numerous responsibilities that underly this request for an extension, including travel for work for the full week of March 9, 2026, and anticipated travel for work the week of March 23, 2026.

v. Whether the Adversary Consents, and if not, the Reasons Given: Plaintiff does not consent to an extension of time, and has not provided a reason for failing to provide consent. In a February 27, 2026 email exchange, in which I asked Plaintiff to consent to an extension of time to respond until April 30, 2026, Plaintiff wrote that I may not

Sam A. Yospe
Vice President & General Counsel
115 Broadway, 5th Floor, New York, New York 10006
syospe@auamed.org
1-212-661-8899 x187



represent that Plaintiff does not oppose an extension until April 30, 2026, and that Plaintiff "will state my position to the Court independently if asked." (Dkt. No. 38-1 at 2; *see also id.* at 4 ("Second, any extension of time to respond to the Complaint is a matter between American University of Antigua Inc. and the Court. I take no position on such a request at this time, but I am not in a position to stipulate to an extension as a condition of accepting service. AUA is free to file a motion for extension of time with Judge Ramos.").)

Respectfully submitted,

Sam A. Yospe
Vice President & General Counsel
Manipal Education Americas Inc.
*agent for* American University of Antigua, Inc.
Counsel for Defendant

Sam A. Yospe
Vice President & General Counsel
115 Broadway, 5th Floor, New York, New York 10006
syospe@auamed.org
1-212-661-8899 x187