manipal education americas, LLC

# MEMO ENDORSED

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

August 14, 2026

Re. *Arveson v. American University of Antigua, Inc. and Manipal Education Americas, LLC*, No. 25-cv-09933 (S.D.N.Y.)

Dear Judge Ramos:

Pursuant to Rule 3 of Your Honor's Individual Practices, I respectfully request permission to file Exhibits 1, 2, and 3 to the August 14, 2026 Declaration of Sam A. Yospe under seal. These exhibits are filed in support of Defendants' Reply Memorandum in Support of their Motion to Dismiss (Dkt. No. 63).

Defendants seek permission to file these documents under seal because they contain communications related to Plaintiff Craig Arveson, which may be protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"). Exhibits 1 and 2 are email communications between Mr. Arveson and staff at American University of Antigua College of Medicine. Exhibit 3 is an email concerning Mr. Arveson's academic status.

Should Mr. Arveson consent to the public filing of these exhibits, Defendants withdraw this request and consent to filing these documents under seal.

The request to file Exhibits 1, 2, and 3 under seal is granted. Sealing should be coordinated with the Clerk's office.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 19, 2026
New York, New York

Respectfully submitted,

Sam Yo---

Sam A. Yospe
Vice President & General Counsel
115 Broadway, 5th Floor, New York, New York 10006
syospe@auamed.org
1-212-661-8899 x187